IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Document Generation Corporation ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | CASE NO.  3:07-cv-00841-GPM-DGW |
| ) | |
| Allmeds, Inc. et al., ) | |
| ) | |
| Defendant(s). ) | |

# ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

   I hereby enter my appearance as counsel in this case for

Misys Healthcare Systems, LLC.


Date: March 5, 2009


/s/ David A. Frey
Signature
David A. Frey          Bar # 6229274
Print Name
191 N. Wacker Dr., # 3700
Address
Chicago, IL 60606
City, State, Zip Code
(312) 569-1000
Phone Number
(312) 569-3000
Fax Number
david.frey@dbr.com
E-Mail Address

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 5, 2009:

a copy of the following was served via **ECF**:

- *Entry of Appearance for David A. Frey on behalf of Misys Healthcare Systems, LLC*

upon all counsel of record.

_____/s/ David A. Frey_____
Counsel for Misys Healthcare Systems, LLC
