IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOCUMENT GENERATION CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>ALLMEDS, INC., ET AL.,<br><br>  Defendants. | CASE NO. 3:07-cv-00841-GPM-DGW |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR MEDINOTES CORPORATION – OTHER COUNSEL ALREADY SUBSTITUTED**

Pursuant to Local Rule 83.1(g)(1), the undersigned hereby moves for leave to withdraw as counsel for Defendant and Counterclaim Plaintiff MediNotes Corporation. The following counsel, who have already appeared as counsel for MediNotes Corporation, will continue as counsel for MediNotes Corporation:

> Bradford P. Lyerla
> Anthony S. Gabrielson
> Jon-Thomas Bloch
> MARSHALL, GERSTEIN & BORUN, LLP
> 233 S. Wacker Drive
> 6300 Sears Tower
> Chicago, Il 60606-6375
> Telephone: (321) 474-6300
> Facsimile: (312) 474-0448
>
> and
>
> Robert Steinberg
> Jonathan M. Jackson
> LATHAM & WATKINS, LLP
> 255 South Grand Avenue
> Los Angeles, CA 90071-1560
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763

Respectfully submitted,

/s/ *David H. Goldman*
David H. Goldman
BABICH, GOLDMAN, CASHATT & RENZO, P.C.
100 Court Avenue, Suite 403
Des Moines, IA 50309-2200
Telephone: (515) 244-4300
Facsimile: (515) 244-2650
E-Mail: dgoldman@babichlaw.com

ATTORNEY FOR DEFENDANT/
COUNTERCLAIM PLAINTIFF,
MEDINOTES CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on July 14, 2009.

/s/ *Debra S. Krause*
Administrative Assistant to David H. Goldman