IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLMEDS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:07-cv-00841-GPM-DGW |
| ) | |
| vs. ) | |
| ) | |
| DOCUMENT GENERATION ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW JON-THOMAS BLOCH AS COUNSEL OF RECORD

Plaintiffs General Electric Company d/b/a GE Healthcare ("GE Healthcare") and Healthport, Inc. ("Healthport") hereby request permission to withdraw Jon-Thomas Bloch as one of its attorneys of record. All other attorneys who have appeared on behalf of GE Healthcare and Healthport remain counsel of record.

There is good cause for this Court to grant this Motion, because Mr. Bloch left the employ of Marshall, Gerstein & Borun on February 1, 2010. A proposed Order has been filed herewith.

Dated: March 8, 2010

By:/s/Bradford P. Lyerla
   Bradford P. Lyerla
   Anthony S. Gabrielson
   Marshall, Gerstein & Borun LLP
   6300 Sears Tower
   233 South Wacker Drive
   Chicago, IL 60606-6357
   (312) 474-6300
   Attorneys for Plaintiffs GE Healthcare and Healthport

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2010, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing MOTION TO WITHDRAW JON-THOMAS BLOCH AS COUNSEL OF RECORD via the Court's CM/ECF system.

/s/ Bradford P. Lyerla
Bradford P. Lyerla