IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF ERRORS
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 3/9/10        CASE NAME: Allmeds, Inc., et al., v. Document Generation Corporation

CASE NO. : 07-841-GPM

DOCUMENT NO.: 307        DOCUMENT TITLE: Motion to Withdraw Jon-Thomas Bloch as Counsel of Record

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing
- ☒ **Other: Counsel filed a proposed order as an attachment to the motion.  Proposed documents should never been filed or attached to pleadings.  See Section 2.10 of the ECF Revised User's Manual.**

## ACTION TAKEN BY CLERK'S OFFICE

☒ **The Proposed Order has been deleted from the docket.**

## ACTION REQUIRED BY FILER

☒ **No further action required.**

NANCY J. ROSENSTENGEL
Clerk of Court

By:  *s/Cheryl A. Ritter*
        Deputy Clerk

(09/09)