UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALLMEDS, INC., et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DOCUMENT GENERATION CORP.,** <br><br> Defendant. | Case No. 3:07-cv-00841-GPM-DGW <br><br> **PATENT CASE** |

**CONSENT MOTION FOR LEAVE TO REASSERT CLAIMS OF PATENT INFRINGEMENT AGAINST DECLARATORY JUDGMENT PLAINTIFF ECLINICALWORKS, LLC AND INFOR-MED MEDICAL INFORMATION SYSTEMS, INC. AND TO REALIGN THE PARTIES**

COMES NOW declaratory judgment defendant Document Generation Corporation ("DGC") and in support of its consent motion for leave to reassert claims of patent infringement against declaratory judgment plaintiffs eClinicalWorks, LLC ("ECW") and Infor-Med Medical Information Systems, Inc. ("Informed") and to realign the parties, DGC states as follows:

1. The case was originally filed on December 4, 2007 against eighteen defendants for infringement of U.S. Patent No. 5,148,366 ("the '366 patent") (Doc. No. 2).

2. On August 11, 2008, this Court stayed this case pending the outcome of the reexamination of the '366 patent (Doc. No. 245).

3. In light of the fact that this case was stayed, on June 17, 2009 DGC filed a motion to dismiss its affirmative claims in this matter without prejudice (Doc. No. 260), which was granted by this Court on September 1, 2009 (Doc. No. 290).

4. On September 9, 2009, this Court issued a Memorandum and Order realigning the parties as captioned above (Doc. No. 292).

5. Since September 2009 a number of events have occurred affecting this litigation.

1

6. On June 7, 2011, an Ex Parte Reexamination Certificate for the '366 patent was issued by the United States Patent and Trademark Office confirming the patentability of all claims in the '366 patent.

7. In addition, DGC has resolved this litigation with respect to all but two remaining parties, ECW and Informed.[1]

8. On October 13, 2011, the Court lifted the stay in this matter (Doc. No. 347).

9. In light of the above events, DGC requests that the Court realign the parties in this matter[2] and grant DGC leave to reassert its claims against ECW in the form of a Second Amended Complaint, a copy of which is attached hereto as Exhibit 1.

10. Plaintiffs ECW and Informed do not oppose this motion.

WHEREFORE, DGC respectfully requests that the Court enter an Order realigning the parties in this matter, resulting in a caption of this case as follows: *Document Generation Corporation, Plaintiff, v. eClinicalWorks, LLC and Infor-Med Medical Information Systems, Inc., Defendants,* Civil No. 07-841-GPM and grant DGC leave to file its Second Amended Complaint.

---

[1] DGC is currently engaged in discussion with Informed and anticipates resolving this matter with respect to Informed by the end of the year.

[2] A court has the power to realign the parties *sua sponte* at any time in a case. *In-Tech Mktg. Inc. v. Hasbro, Inc.*, 685 F.Supp. 436, 442 n.19 (D.N.J. 1988).

DATED:     December 8, 2011                    Respectfully submitted,

**THE SIMON LAW FIRM, PC**

By:     /s/ Timothy E. Grochocinski
Anthony G. Simon
Timothy E. Grochocinski
Michael P. Kella (*Pro Hac Vice*)
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
teg@simonlawpc.com
mkella@simonlawpc.com

**ATTORNEYS FOR DOCUMENT GENERATION CORPORATION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system on December 8, 2011.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski